[No. 14270-8-II.   Division Two.   August 10, 1993.]

DANE S. CLAUSEN, *Appellant*, v. GRACE T.
EUBANKS, *Respondent*.

JERROLD H. CLAUSEN, *Appellant*, v. GRACE T.
EUBANKS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 87-2-03120-4, Karen G. Seinfeld, J., entered September 5, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro
Tem.

[No. 14877-3-II.   Division Two.   August 10, 1993.]

HERBERT E. CARVEY, ET AL, *Appellants*, v. THE FARMERS
INSURANCE GROUP OF COMPANIES, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-03783-1, Waldo F. Stone, J., entered April
2, 1991. *Reversed* by unpublished opinion per Morgan, J.,
concurred in by Alexander, C.J., and Petrie, J. Pro Tem.